**Bergenline Office**
4539 Bergenline Avenue
Union City, New Jersey 07087
T: 201-751-4900
F: 201-751-4901

**Stephanie M. Duque Isern ± ‡**
**Jiana L. Paladino ±**
**Victor Manuel Hernandez Fuentes ⊥**
*(Practice Limited to Federal Immigration Law)*

± *Member of the New Jersey Bar*
‡ *Member of the New York Bar*
⊥ *Member of the Puerto Rico Bar*

DUQUE ISERN
LAW

**Ferry Street Office**
206 Ferry Street
Newark, New Jersey 07105
T: 973-206-0050
F: 973-206-0051

**Please respond to:**
☒ **Bergenline Office**
☐ **Ferry Street Office**

October 22, 2026

**VIA ECF**
Hon. Clarie C. Cecchi, U.S.D.J.
United States District Court
Martin Luther Kind Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: Joint Status Update for *Dionicio Paul v. Soto*, et al., No. 26-07588

Dear Judge Cecchi:

Pursuant to the Court's October 21, 2026 Text Order, ECF No. 19, the parties respectfully submit this joint status update regarding Petitioner Nolberto Dionisio-Paul's medical care while detained at Delaney Hall.

Petitioner's counsel conferred with Assistant United States Attorney Frances Bajada regarding the concerns raised in Petitioner's letter at ECF No. 18. Following their discussion and review of Petitioner's medical records, Petitioner's counsel identified two outstanding issues requiring further clarification concerning Petitioner's diabetes treatment and monitoring.

First, the medical records provided appear to indicate that Petitioner's last documented blood glucose testing occurred on September 26, 2026. Accordingly, clarification is needed as to

DUQUE ISERN
LAW



whether Petitioner continues to receive regular blood glucose monitoring and, if so, the frequency of such testing.

Second, the medical records indicate that Petitioner previously received insulin as part of his diabetes treatment, but that insulin was discontinued on September 21, 2026. Therefore, clarification regarding the discontinuation of this treatment is needed.

AUSA Bajada advised that she contacted ICE today, October 22, 2026, to request clarification regarding these two outstanding issues. The parties are presently awaiting ICE's response.

Accordingly, while Petitioner's medical records reflect that he is receiving treatment for his diabetes, Petitioner's counsel cannot yet determine whether his current medical care and monitoring are adequate without further clarification. The parties respectfully request an opportunity to provide the Court with a supplemental joint status update upon receipt of ICE's response.

Respectfully submitted,

/s/ Stephanie M. Duque Isern
Stephanie Duque Isern, Esq.
*Counsel for Petitioner*

The parties shall file a joint status update regarding Petitioner's medical care by Monday, October 26, 2026, at 5:00 p.m.

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/22/2026